```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 09-61337-CIV-MARTINEZ
```

ROBERT DUNN,

    Plaintiff,

v.

DETROIT DIESEL CORPORATION,
   a Deleware Corporation, et al.,

    Defendants.
_____

## CERTIFICATION AND ORDER OF TRANSFER

THIS CAUSE is before the Court upon United States District Judge William P. Dimitroleas' Order of Transfer to United States District Judge Jose E. Martinez (DE 8). The undersigned hereby certifies that there are no pending motions, referred or otherwise, in this cause. Therefore, it is hereby

ORDERED that the Clerk of the Court transfer assignment of this case to Chief United States Magistrate Judge Stephen T. Brown.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of November, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Jose E. Martinez, United State District Judge
Stephen T. Brown, Chief United States Magistrate Judge

All Counsel of Record